UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D
APR 2 3 2008
April 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CR 08CR 337 |
| ) | MAGISTRATE JUDGE VALDEZ |
| BENITO CASANOVA ) | |

## MOTION TO SEAL ARREST WARRANT, CRIMINAL COMPLAINT AND SUPPORTING AFFIDAVIT

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal and Impound the Arrest Warrant, Criminal Complaint, and Supporting Affidavit:

The incident underlying this fugitive complaint and arrest warrant has received intense media coverage. If the facts contained in the affidavit supporting the complaint became known to BENITO CASANOVA or his associates, the integrity of the investigation would be jeopardized.

For the foregoing reasons the government respectfully requests that the arrest warrant, criminal complaint and

1

supporting affidavit be sealed until October 23, 2008, or until the Defendant is apprehended, whichever occurs first.

                        Respectfully submitted,

                        PATRICK J. FITZGERALD
                        United States Attorney

By:

                        M. David Habich
                        Special Assistant United
                        States Attorney
                        2111 W Roosevelt Road
                        Chicago, IL  60608
                        (312) 829-8931