# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 337 | **DATE** | 4/23/2008 |
| **CASE TITLE** | USA vs. Benito Casanova | | |

**DOCKET ENTRY TEXT**

Order Arrest Warrant issued to Benito Casanova. Enter Order granting Government's Motion to Seal Arrest Warrant, Criminal Complaint and Supporting Affidavit until 10/23/08, or until the defendant is apprehended, whichever occurs first.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|