UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **08CR 337** |
| ) | |
| BENITO CASANOVA ) | **MAGISTRATE JUDGE VALDEZ** |

### ORDER SEALING ARREST WARRANT, CRIMINAL COMPLAINT AND SUPPORTING AFFIDAVIT

A motion having been made before me by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, for an Order sealing the arrest warrant, criminal complaint and supporting affidavit in the instant matter, and there is reason to believe that failure to seal these documents would jeopardize the integrity of this investigation;

It is hereby

ORDERED that the arrest warrant, criminal complaint and supporting affidavit in this matter be placed under seal until October 23, 2008, or until the Defendant is apprehended, whichever occurs first.

_____
Maria Valdez
United States Magistrate Judge

Date: April 23, 2008

1