# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 337 | **DATE** | 6/25/2008 |
| **CASE TITLE** | USA v Benito Casanova | | |

**DOCKET ENTRY TEXT**

The government's motion to unseal arrest warrant, criminal complaint and supporting affidavit is granted. The case is ordered unsealed.

see attached order for detail.   Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | AC |
|---|---|---|