UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | 08 CR 337 |
| ) | Magistrate Judge Keys |
| BENITO CASANOVA ) | |

### ORDER UNSEALING ARREST WARRANT, CRIMINAL COMPLAINT AND SUPPORTING AFFIDAVIT

A motion having been made before me by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, for an Order unsealing the arrest warrant, criminal complaint and supporting affidavit in the instant matter, and there is no longer reason to believe that knowledge of the contents of these documents will jeopardize the integrity of this investigation;

It is hereby

ORDERED that the arrest warrant, criminal complaint and supporting affidavit in this matter be unsealed.

_____
ARLANDER KEYS
United States Magistrate Judge

Date: June 25, 2008